1  **Earl R. Wallace, Esq. (State Bar Number 174247)**
   **RUZICKA & WALLACE, LLP**
2  16520 Bake Parkway, Suite 280
   Irvine, CA 92618
3  Telephone: (949) 759-1080
   Facsimile: (949) 759-6813
4

5  Attorneys for Plaintiff, **ONEWEST BANK, FSB AS PURCHASER OF CERTAIN ASSETS OF FIRST FEDERAL BANK OF CALIFORNIA FROM THE FEDERAL DEPOSIT INSURANCE**
6  **CORPORATION, ACTING AS RECEIVER**

7                              **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| ONEWEST BANK, FSB AS PURCHASER OF CERTAIN ASSETS OF FIRST FEDERAL BANK OF CALIFORNIA FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION, ACTING AS RECEIVER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL D. COHEN, HOWARD FULTZ, TONY PEREZ, MARIA PEREZ; and DOES 1 to 20, inclusive,<br><br>　　　　Defendants. | Case No.: 4:11-CV-03533-SBA<br><br>State Case No.: 10UD9041<br><br>**ORDER**<br><br>JUDICIAL OFFICER: HON. SANDRA BROWN ARMSTRONG |

On August 25, 2011, Plaintiff filed an ex parte motion to remand this action. The Court finds that Defendants should be given an opportunity to respond to Plaintiff's motion. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's ex parte motion to remand is DENIED without prejudice. Plaintiff shall file by no later than ten (10) days from the date of this order Plaintiff's motion to remand, which Plaintiff shall notice for the next available hearing date.

Dated: _8/31/11___           _____/s/ Saundra B Armstrong_____
                                         UNITED STATES DISTRICT JUDGE

---
1
REMAND ORDER

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ONEWEST BANK,

        Plaintiff,

v.

TONY PEREZ et al,

        Defendant.

Case Number: CV11-03533 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Perez
4492 Hartvickson Lane
Valley Springs, CA 95252

Tony Perez
4492 Hartvickson Lane
Valley Springs, CA 95252

Dated: August 31, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk