UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ONEWEST BANK, FSB AS PURCHASER OF CERTAIN ASSETS OF FIRST FEDERAL BANK OF CALIFORNIA FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION, ACTING AS RECEIVER,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL D. COHEN, HOWARD FULTZ, TONY PEREZ, MARIA PEREZ; and DOES 1 to 20, inclusive,<br><br>          Defendants. | Case No:  C 11-3533  SBA<br><br>**ORDER** |

Having read and considered the Ex Parte Application of Plaintiff, ONEWEST BANK, FSB AS PURCHASER OF CERTAIN ASSETS OF FIRST FEDERAL BANK OF CALIFORNIA FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION, ACTING AS RECEIVER ("Plaintiff"), for an Order Shortening Time on its Motion to Remand and Prevent Future Removal, IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Application to Shorten Time is DENIED, as Plaintiff's motion is currently set for the next available hearing date of January 31, 2012.

IT IS SO ORDERED.

Dated: September 12, 2011

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ONEWEST BANK,

       Plaintiff,

 v.

TONY PEREZ et al,

       Defendant.
_____/

Case Number: CV11-03533 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Perez
4492 Hartvickson Lane
Valley Springs, CA 95252

Tony Perez
4492 Hartvickson Lane
Valley Springs, CA 95252

Dated: September 13, 2011

                                 Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk